UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Anna Sandstrom** ) | |
|     **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | Civil Action No. 1:22-cv-00256-SE |
| **University of New Hampshire** ) | |
|     **Defendant** ) | |

### STIPULATION OF DISMISSAL

NOW COMES the Parties, by and through their attorneys, and stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: July 3, 2023 |  |
|  | ANNA SANDSTROM |
|  | By her attorneys, |
|  | Backus, Meyer & Branch, LLP |
|  | By: ____/s/ Jon Meyer_____ |
|  | Jon Meyer, Esquire, NH Bar # 1744 |
|  | 116 Lowell Street, PO Box 516 |
|  | Manchester, NH  03105-0516 |
|  | (603) 668-7272 |
|  | jmeyer@backusmeyer.com |
| Dated:  July 3, 2023 | UNIVERSITY OF NEW HAMPSHIRE |
|  | By their attorneys, |
|  | Jackson Lewis |
|  | By: ___/s/ K. Joshua Scott_____ |
|  | K. Joshua Scott, Esq., NH Bar # 17479 |
|  | 100 International Drive, Suite 363 |
|  | Portsmouth, NH  03801 |
|  | (603) 559-2711 |
|  | joshua.scott@jacksonlewis.com |

2

**CERTIFICATION**

  A copy of the foregoing was sent this date via email the Court's electronic filing system to all counsel of record.

Dated: July 3, 2023             __/s/ Jon Meyer_____
                           Jon Meyer, Esquire